1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7     JOSE MEJIA,                           Case No.  21-cv-01351-HSG

8                    Plaintiff,             **ORDER DENYING MOTION TO
                                            APPOINT COUNSEL**
9            v.
                                            Re: Dkt. No. 11
10    JPMORGAN CHASE BANK, N.A.,

11                   Defendant.

12

13          Plaintiff requests that the Court appoint him *pro bono* counsel because he is unable to

14    afford counsel and believes that a lawyer could assist him in a settlement conference.  Dkt. No. 11.

15    He has previously retained counsel but can no longer afford to do.  *Id.*  Plaintiff initially filed his

16    complaint in California state court, and it does not appear that he applied to proceed *in forma*

17    *pauperis*.  Dkt. No. 1-1.

18          "Generally, a person has no right to counsel in civil actions."  *See Palmer v. Valdez*, 560

19    F.3d 965, 970 (9th Cir. 2009).  However, under this district's General Order No. 25, the Court

20    may appoint *pro bono* counsel if the "litigant's claims are cognizable and the factual and legal

21    issues warrant proper presentation to the Court with the assistance of an attorney."  At this early

22    stage in the litigation, Plaintiff has thus far sufficiently articulated his claims *pro se*, the issues do

23    not appear to be unduly complex, and it is unclear if this case will proceed to trial.  Accordingly,

24    the Court finds that the factual and legal issues do not warrant appointment of *pro bono* counsel,

25    and Plaintiff's request for appointment of counsel is **DENIED** without prejudice to the Court's

26    //

27    //

28    //

United States District Court
Northern District of California

*sua sponte* referral for consideration of the appointment of *pro bono* counsel should circumstances warrant.

**IT IS SO ORDERED.**

Dated:  3/18/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge