| | |
|---|---|
| 1 | John D. Freed (CA SBN 261518) |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | 505 Montgomery Street, Suite 800 |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 276-6500 |
| | Facsimile: (415) 276-6599 |
| 4 | Email: jakefreed@dwt.com |

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEJIA, | Case No. 21-cv-01351-HSG |
| Plaintiff, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION TO STRIKE ERRONEOUSLY FILED CMC STATEMENT** |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

Presently before the Court is Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Administrative Motion to Strike Erroneously Filed CMC Statement. Good cause appearing, the motion is GRANTED. The Court STRIKES the subject CMC statement (Dkt. 29) and directs the parties to file a new joint statement by the May 27, 2021 deadline, subject to the filing party receiving written permission to file from the non-filing party.

SO ORDERED.

DATED: 5/17/2021

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE